# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESS MUSTANICH, aka JESS WILLIAM ALFARO,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　vs.<br><br>ALBERTO R. GONZALES, et al.,<br><br>　　　　　　　　　　　　Respondents. | CASE NO. 07CV1100 WQH (LSP)<br><br>ORDER REQUIRING RESPONSE TO PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT |

HAYES, Judge:

On June 18, 2007, Petitioner Jess Mustanich filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). On September 26, 2007, this Court granted in part Petitioner's Habeas Petition, and ordered Respondents to provide Petitioner with a bail hearing before an Immigration Judge within 10 days. (Doc. # 6).

On October 8, 2007, Petitioner filed a motion to alter or amend the Order and Judgement of this Court granting Petitioner's Habeas Petition in part. (Doc. # 7). After reviewing the motion to alter or amend judgment, the Court finds that a response from Respondents is appropriate. Accordingly, it is HEREBY ORDERED that:

(1) Respondents shall file a response to Petitioner's motion to alter or amend judgment (Doc. # 7) on or before Monday, December 17, 2007.

(2) Petitioner may file a reply brief on or before Monday, January 7, 2008.

**IT IS SO ORDERED**.

DATED: November 9, 2007

**WILLIAM Q. HAYES**
United States District Judge